**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

TRACY VIOLA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

COLIBRI GROUP d/b/a MCKISSOCK LLC,

Defendant.

Case No. 4:26-cv-00814-SEP

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff Tracy Viola, individually and on behalf of all others similarly situated, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Colibri Group d/b/a McKissock LLC without prejudice.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Danielle L. Perry*

Danielle L. Perry* (DC Bar No. 1034960)
Ra O. Amen* (GA Bar No. 368227)
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Ste. 640
Washington, DC 20015
Tel: (202) 429-2290
Email: dperry@masonllp.com
Email: ramen@masonllp.com

*Attorneys for Plaintiff*

**admitted to the Eastern District of Missouri*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Danielle L. Perry*
Danielle L. Perry